# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2008

132897
132898

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARCIA DOWNS, f/k/a MARCIA
DOUGLAS, as Personal Reresentative
of the Estate of Natasha Douglas, Deceased,
      Plaintiff-Appellant,

v

MARILYN S. KEEBLER, f/k/a
MARILYN S. MORRIS, DEBBIE
PLUIM, a/k/a DEBRA PLUIM,
JEFFREY W. WILDER, and
DANIEL J. VERBURG, d/b/a
DANIEL J. VERBURG, M.D., P.C.,
d/b/a BAY VIEW OBSTETRICS &
GYNECOLOGY, a/k/a BURNS
CLINIC OBSTETRICS & GYNECOLOGY,
      Defendants-Appellees,

SC: 132897
COA: 256422
Emmet CC: 04-008032-NH

_____

MARCIA DOWNS, f/k/a MARCIA
DOUGLAS, as Personal Representative
of the Estate of Natasha Douglas, Deceased,
      Plaintiff-Appellant,

v

NORTHERN MICHIGAN HOSPITALS INC.,
d/b/a NORTHERN MICHIGAN HOSPITAL,
      Defendant-Appellee.

SC: 132898
COA: 256462
Emmett CC: 04-008040-NH

_____/

By order of April 25, 2007, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals was held in abeyance for *Mullins v St Joseph Mercy Hospital* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, 480 Mich 948 (2007), the application is again considered

and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of the order in *Mullins* and our decision in *Kirkaldy v Rim*, 478 Mich 581 (2007).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2008

_____
Clerk